

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00151-CR

| | | |
|---|---|---|
| DAVID ALLEN PIXLEY, Appellant | § | On Appeal from the 213th District Court |
| | § | of Tarrant County (1813948) |
| V. | § | August 21, 2025 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS, Appellee | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgments. The judgments are modified to (1) delete the $100 fine from each judgment and modify the judgments to reflect no fine, and (2) delete the $290 in court costs from each judgment and modify the judgments to reflect $390 in court costs. It is ordered that the judgments of the trial court are affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack